### DEN v. CHAPMAN.

The *application* to the court to re-tax a bill of costs must be made at the next term, after the bill is taxed by the clerk and payment thereon demanded. But the *re-taxation* may be made at that or any subsequent term according to circumstances.

On a question of a re-taxation of costs, *White* and *Wood* for the plaintiff insisted that the re-taxation as well as the application therefor must be made at the next term after the bill of costs is " so taxed and payment thereon demanded." *Rev. Laws*, 493, *sec.* 5 : and that notice of the application ought to be given.

BY THE COURT.—The application must be made to the next term, but the re-taxation may be made at that or some

subsequent term according to circumstances. Notice of the application is not required by the act; but the court will take care that the one party shall not be taken by surprise and the other shall not use the privilege of re-taxation for the purpose of delay.